UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | INDICTMENT NO.: 4:20-CR-00004 |
| | ) | |
| ARTURO MENDOZA-CARRERA., | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER ON MOTION FOR LEAVE

The application of D. CAMPBELL BOWMAN, JR. for the periods of February 28, 2020 to March 16, 2020, having been received, read and considered,

IT IS HEREBY ORDERED that said attorney is hereby granted a leave of absence for the periods of February 28, 2020 to March 16, 2020, in the above case.

SO ORDERED this __28th__ day of January, 2020.

_____
Christopher L. Ray
United States Magistrate Judge
Southern District of Georgia